**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIDEL BELTRAN, | ) Case No. EDCV 15-1676-JLS (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| E. ARNOLD, Warden, | ) |
| Respondent. | ) |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 10, 2016

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE